

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00018-CV

| | | |
|---|---|---|
| IN RE C.A., INDIVIDUALLY AND AS NEXT FRIEND OF M.D.A., A MINOR CHILD, AND AS NEXT FRIEND OF D.T.A., AN INCAPACITATED ADULT; AND M.A., INDIVIDUALLY, Relators | § | Original Proceeding |
| | § | 67th District Court of Tarrant County, Texas |
| | § | Trial Court No. 067-309719-19 |
| | § | July 1, 2021 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus, and we direct the trial court to vacate its January 15, 2021 order compelling D.T.A. to appear for deposition and quash the deposition until it conducts a competency examination of D.T.A.

It is further ordered that real parties in interest Don Davis Auto Group, Inc. d/b/a and f/k/a Don Davis Toyota and Don Davis, Inc. d/b/a and f/k/a Don

Davis Toyota shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell